## NUGENT vs. TREPAGNIER.

THE defendant was sued as the endorser of a promissory note.

DURING the trial, *Depeyster*, the defendant's attorney, observed that one of the jurors had tried a suit brought by the plaintiff against another indorser of the note, and prayed he might be discharged; observing that the objection would prevail on a motion for a new trial, and it would save the time of the Court to make it now.

*Juror who tried a suit of plaintiff's against another indorser not absolutely incompetent. Objection too late after trial begun.*

*By the Court.* It is not clear that the juror is incompetent. Likely, as this case may turn on the same point, as the one which the juror has tried, if the attention of the Court had been drawn

SPRING 1812.
I. District.

NUGENT
vs.
TREPAG-
NIER.

to this circumstance, they would have been readi-
ly induced to dispense with his attendance.

If the witness was incompetent, the Court
would discharge him now. In *Kaighn & al.* vs.
*Kennedy*, one of the jurors looking at the deposi-
tion, recognised on the back of it some figures,
which he had made in casting up the interest, on
the trial, in the court below, having been a juror
there, and *Moore* objected to his trying the cause
now, as he had already done so once : On this the
cause was continued. *Martin's Notes*, 38.

MOTION OVERRULED.